USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM ISRAEL FARM COOPERATIVE CORPORATION,

        Plaintiff,

v.

TIME WARNER CABLE ENTERPRISES LLC and CHARTER COMMUNICATIONS OPERATING, LLC,

        Defendants.

No. 18-CV-4657 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

No later than November 21, 2019, the parties shall submit a joint letter updating the Court on the status of settlement.

SO ORDERED.

Dated:   November 14, 2019
        New York, New York

_____
Ronnie Abrams
United States District Judge