USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM ISRAEL FARM COOPERATIVE
CORPORATION,

    Plaintiff,

v.

TIME WARNER CABLE ENTERPRISES
LLC and CHARTER COMMUNICATIONS
OPERATING, LLC,

    Defendants.

No. 18-CV-4657 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court has been informed that this case has been settled in principle. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    January 22, 2020
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge